Parisien v Metlife Auto & Home (2020 NY Slip Op 50846(U))

[*1]

Parisien v Metlife Auto & Home

2020 NY Slip Op 50846(U) [68 Misc 3d 127(A)]

Decided on July 10, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 10, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., THOMAS P. ALIOTTA, BERNICE D.
SIEGAL, JJ

2018-1736 K C

Jules Francois Parisien, M.D., as Assignee
of Phillips, John, Appellant, 
against
Metlife Auto & Home, Respondent. 

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Bruno, Gerbino & Soriano, LLP (Nathan Shapiro of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Rosemarie
Montalbano, J.), entered May 10, 2018. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is modified by providing that defendant's motion for summary
judgment dismissing the complaint is denied; as so modified, the order is affirmed, without
costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court entered May 10, 2018 which granted defendant's motion for
summary judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.
For the reasons stated in Parisien, as Assignee of Phillips, John v MetLife Auto &
Home (___ Misc 3d ___, 2020 NY Slip Op _____ [appeal No. 2018-1727 K C], decided
herewith), the order is modified by providing that defendant's motion for summary judgment
dismissing the complaint is denied. 
WESTON, J.P., ALIOTTA and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 10, 2020